UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOHN FRANCIS ARPINO, | Case No. 3:18-cv-00110-MMD-WGC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| ISIDRO BACA, et al., | |
| Respondents. | |

Pursuant to the Court's order entered on March 26, 2018, dismissing this action with prejudice, the Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 26th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE